IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 03-00305-01-CR-W-NKL |
| JERRY EDWARD FERGUSON, | ) ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

This matter is before the Court on the Motion of the United States for a Final Order of Forfeiture. On August 16, 2004, this Court entered a Preliminary Order of Forfeiture forfeiting defendant Jerry Edward Ferguson's interest in the following property to the United States:

A. Sturm Ruger, Model D94DC .40 caliber pistol, serial number 340-70127;

B. Taurus Model PT99AF .9mm pistol, serial number TIG90183;

C. Schmidt Model HNII .22 caliber revolver, serial number 180686;

D. F.I.E. Model E15 .22 caliber revolver, serial number A19860; and

E. 2003 Black Harley Davidson motorcycle, VIN: 1HD1GHV133K318198.

The order was based upon the Plea Agreement between the defendant Jerry Edward Ferguson and the United States.

Pursuant to the Court's Preliminary Order of Forfeiture, notice of the forfeiture of the above-described property was published in The Pulse Legal Publication, a daily newspaper of general circulation published in Jackson County, Missouri, on June 2, 2005, June 9, 2005 , and June 16, 2005. There were no claimants who properly perfected a claim to the subject property within thirty days from the earlier of the date of last publication of notice or of receipt of actual

notice.

Based upon the plea agreement, the Court finds that the defendant Jerry Edward Ferguson had an interest in the property that is subject to forfeiture pursuant to 21 U.S.C. § 853.

Accordingly, it is hereby ORDERED:

1. Plaintiff's Motion for a Final Order of Forfeiture is hereby granted, and the above-described property is hereby forfeited to the United States pursuant to 21 U.S.C. § 853, and is to be disposed of according to law.

2. All other persons claiming any right, title, or interest in or to the above-referenced property are held in default.

3. The claims and interests of any other persons or parties are forever foreclosed and barred.

4. The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.

SO ORDERED this 20th day of September, 2005.

s/ NANETTE LAUGHREY  
NANETTE LAUGHREY  
United States District Judge